Submitted on appellant's brief April 13, affirmed April 21, 1972

STATE OF OREGON, *Respondent, v.* EARTHY L. REED, *Appellant.*

495 P2d 766

Darrell E. Bewley, Francis F. Yunker, and Sherwood & Barnes, Portland, for appellant.

No appearance for respondent.

Before Schwab, Chief Judge, and Fort and Thornton, Judges.

PER CURIAM.

AFFIRMED. *State v. Gann,* 254 Or 549, 463 P2d 570 (1969).